IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| KATHERINE DEVINE, *et al.* | : | |
| | : | 2:20-cv-02417-ER |
| v. | : | |
| | : | |
| NORTHEAST TREATMENT CENTERS, INC. | : | |
| | : | |

**PLAINTIFF'S UNOPPOSED MOTION
FOR APPROVAL OF THE SETTLEMENT**

     Originating Plaintiffs Katherine Devine and Lavar Turner and the 47 other employees who opted-in to the FLSA collective (together "Plaintiffs") and Defendant Northeast Treatment Centers, Inc. ("Defendant") have settled this Fair Labor Standards Act ("FLSA") lawsuit per the accompanying Collective Action Settlement Agreement. *See* Doc. 46-1. The settlement requires Defendant to pay $350,000 plus employer-side taxes associated with the settlement payments. Although the Third Circuit has not specifically addressed the issue, most judges agree that FLSA collective settlements must be judicially reviewed for fairness. As discussed in the accompanying memorandum of law, judicial approval is warranted.

     **WHEREFORE**, Plaintiffs respectfully ask the Court to grant this motion and approve the settlement. A proposed order is attached.

Date: August 29, 2021

Respectfully,

*/s/ Peter Winebrake*

Peter Winebrake
R. Andrew Santillo
Mark J. Gottesfeld
Michelle L. Tolodziecki
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025