```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Katherine Devine, at al.      :    CIVIL ACTION
                              :    NO. 20-02417
          Plaintiffs,         :
     v.                       :
                              :
Northeast Treatment           :
Centers, Inc.,                :
                              :
          Defendant.          :
```

## ORDER

**AND NOW**, this **14th** day of **October, 2021,** after considering the parties' Joint Motion to Approve the Settlement Agreement (ECF No. 46), and finding that the settlement reached between the parties represents a fair, reasonable, and adequate resolution of Plaintiffs' claims against Defendant, it is hereby **ORDERED** that:

1. The parties' Joint Motion to the Approve Settlement Agreement (ECF No. 56) is **GRANTED;**

2. The Settlement is **APPROVED;** and

3. All claims having been adjudicated or settled, the case shall be **MARKED CLOSED.**

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**